PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Irene Williamson                                             Cr.: 06-00341-001

Name of Sentencing Judicial Officer: Dickinson R. Debevoise

Date of Original Sentence: 08/14/06

Original Offense: Conceal assets, false oath and claims, bribery

Original Sentence: 2 years probation

Type of Supervision: Probation                          Date Supervision Commenced: 08/14/06

### PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to her residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

### CAUSE

The offender violated the condition, "**The defendant shall not commit another federal, state, or local crime.**"

On November 11, 2007, the offender was arrested in West Deptford Township, New Jersey by the West Deptford Township Police Department and charged with allowing a suspended driver to operate her vehicle and hindering the apprehension of another by providing a fictitious name. This matter is scheduled for a hearing in West Deptford Township Municipal Court on December 11, 2007.

The offender violated the condition, **"The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer."**

(1) Ms. Williamson failed to report her arrest on November 11, 2007, as noted above, within 72 hours to the United States Probation Office.

(2) On April 7, 2007, the offender was issued a summons for speeding by the Haddon Township Police Department in Haddon Township, New Jersey. On July 5, 2007, she appeared in Haddon Township Municipal Court and pled guilty to speeding. She was assessed to pay $230.00 in fines. This law enforcement contact was never reported.

(3) On September 6, 2007, the offender was issued a summons for failing to possess driver's license and registration by the West Deptford Township Police Department in West Deptford, New Jersey. On October 2, 2007, she appeared in West Deptford Township Municipal Court and pled guilty to said offenses. She was assessed to pay $378.00 in fines. This law enforcement contact was never reported.

The offender violated the condition, **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**

Ms. Williamson failed to report her law enforcement contacts as listed above on her monthly supervision reports from April to October 2007. These law enforcement contacts were discovered by the U.S. Probation Department via a random criminal history check on November 28, 2007.

Respectfully submitted,
By: Daniel J. Carney
U.S. Probation Officer
Date: 11/28/07

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer   USSJ

Dec. 2, 2007
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to her residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

Witness: _____
U.S. Probation Officer
Daniel J. Carney

Signed: _____
Probationer or Supervised Releasee
Irene Williamson

11/29/07
DATE