PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Irene Williamson                    Cr.: 06-00341-001
                                                       PACTS #: 43459

Name of Sentencing Judicial Officer: Dickinson R.  Debevoise

Date of Original Sentence: 08/14/06

Original Offense: Bankruptcy Fraud

Original Sentence: 2 years probation

Type of Supervision: Probation              Date Supervision Commenced: 08/14/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The defendant is to be confined to her residence for a period of 3 months commencing at the direction of the U.S. Probation Office.  The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office.  The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment.  The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day. |
|  | The offender has failed to pay in full the costs associated with her home confinement.  To date, she has paid $310.00, and the balance owed is $373.92. |

U.S. Probation Officer Action:

The offender continues to contribute to her outstanding financial obligation to the best of her ability, but may be unable to pay the balance in full prior to her probation expiration date of August 13, 2008.

The probation office is respectfully recommending that the offender's supervision term be allowed to expire as scheduled on August 13, 2008.

Respectfully submitted,

By:  Richard A. Gallo, Supervising
U.S. Probation Officer
Date:  08/01/08

---

*The court directs that additional action be taken as follows:*

[✗] **The Court concurs with the recommended course of action.**
[  ] Submit a Request for Modifying the Conditions or Term of Supervision.
[  ] Submit a Request for Warrant or Summons.
[  ] Other

_____
Signature of Judicial Officer

_____
Date